1  **WO**

2

3

4

5

6                 IN THE UNITED STATES DISTRICT COURT

7                    FOR THE DISTRICT OF ARIZONA

8

9   United States of America,            )     CR 03-882-04-PHX-SMM
                                          )
10              Plaintiff,                )
                                          )
11  vs.                                   )
                                          )
12  Mario Alberto Valenzuela,            )     **DETENTION  ORDER**
                                          )
13              Defendant.                )
                                          )
14  _____     )

15

16         The preliminary revocation hearing was waived on September 28, 2010 and the

17  detention hearing was submitted on September 29, 2010 on the Petition on Supervised

18  Release.

19         **THE  COURT  FINDS** that the Defendant has knowingly, intelligently, and

20  voluntarily waived his right to a detention hearing and a preliminary revocation hearing and

21  has consented to the issue of detention being made based upon the allegations in the Petition.

22         **THE COURT FURTHER FINDS** that the Defendant has failed to sustain his burden

23  of proof by clear and convincing evidence pursuant to Rule 32.1(a)(6), FED.R.CRIM.P., that

24  he is neither a flight risk nor a danger to the community. *United States v. Loya*, 23 F.3d 1529

25  (9th Cir. 1994).

26

27

28

1     **IT IS ORDERED** that the Defendant shall be detained pending further order of the

2    court.

3     DATED this 30th day of September, 2010.

Lawrence O. Anderson
United States Magistrate Judge